**E-filed 8/1/07**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CORNELIUS LASHUN GREEN, | ) | No. C 07-1789 JF (PR) |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| | ) | |
| vs. | ) | |
| | ) | |
| RICHMOND POLICE DEPARTMENT, | ) | |
| Defendant. | ) | |

On March 29, 2007, Plaintiff filed this pro se civil rights complaint pursuant to 42 U.S.C. § 1983 and a motion to proceed in forma pauperis.  On that same day the Court sent a notification to Plaintiff that he had not paid the $350.00 filing fee or filed a completed application to proceed in forma pauperis with supporting documentation of a certificate of funds from his prisoner account and trust account statement for the past six months.  The Court provided a copy of the correct form for application to proceed in forma pauperis, along with a return envelope, instructions, and a notification that the case would be dismissed if Plaintiff failed to pay the fee or file the supporting documentation within thirty days.

\\\

Order of Dismissal
P:\pro-se\sj.jf\cr.07\Green789disifp                    1

1      As of the date of this order, Plaintiff has not responded, nor filed a completed in

2  forma pauperis application.  On June 8, 2007, the Court received a notice that Petitioner is

3  no longer in custody and on parole. (see docket no. 5).  Accordingly, the instant civil

4  rights action is DISMISSED without prejudice for Plaintiff's failure to pay the filing fee

5  or file a completed in forma pauperis application.  The Clerk shall terminate any pending

6  motions and close the file.  No filing fee is due in this closed case.

7      IT IS SO ORDERED.

8  DATED: _ 7/31/07 _____

9                                    JEREMY FOGEL
                                     United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Dismissal
P:\pro-se\sj.jf\cr.07\Green789disifp          2

1   A copy of this ruling was mailed to the following:

2

3   Cornelius Lashun Green
    J-38916
    Deuel Vocational Institute
4   P.O. Box 600
    Tracy, CA  95378-0600
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28